IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| OBJECT RESOURCES, INC., | ) | Case No. 05-20627-7-RDB |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CARL R. CLARK, TRUSTEE | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary No. 07-6039 |
| | ) | |
| RAMESH GANESAN, | ) | |
| SURESH RAMAMURTHI, a/k/a SURESH RAM, | ) | |
| and | ) | |
| SUCHITRA PADMANABHAN, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF DISMISSAL OF TRUSTEE'S COMPLAINT

COMES NOW the Trustee, Carl R. Clark, Plaintiff named herein, pursuant to F.R.Civ.P. 41 and Fed.R.Bankr.P. 7041, and files this Notice of Dismissal. In support hereof, the Trustee states and alleges as follows:

1. Carl R. Clark ("Trustee") is the duly-appointed Chapter 7 Trustee for the Bankruptcy Estate of Object Resources, Inc. ("Debtor") Case No. 05-20627-7, pending in the United States Bankruptcy Court for the District of Kansas.

2. On or about February 23, 2007, Trustee filed his Adversary Complaint in the Bankruptcy Case against Ramesh, Ganesan, Suresh Ramamurthi, a/k/a Suresh Ram, and Suchitra Padmanabhan ("Defendants"), Adversary No. 07-6039.

3. On or about July 17, 2007, an order approving compromise with Defendants was entered.

4. The issues set forth in Trustee's Complaint are now resolved.

5. The Plaintiff may dismiss this adversary proceeding by Notice, pursuant to the provisions of F.R.Civ.P. 41 and Fed.R.Bankr.P. 7041, since the Defendants have not filed answers, or other pleadings responsive to the Complaint.

WHEREFORE, the Trustee respectfully requests this case be dismissed upon the filing of this Notice in accordance with the foregoing.

Dated this 1st day of August, 2007.

s/ Jeffrey A. Deines
Carl R. Clark, KS #11411
Jeffrey A. Deines, KS #20249
Lentz & Clark, P.A.
9260 Glenwood
Overland Park, KS 66282
(913) 648-0600
(913) 648-0664 Telecopier
Trustee/Attorney for Trustee/Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2007 a true and correct copy of the above and foregoing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system as well as forwarded via U.S. mail, first class, postage prepaid and properly addressed to the following:

Ryan E. Shaw, Esq.
Lathrop & Gage L.C.
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108-2684
Attorney for Defendants

s/ Jeffrey A. Deines
Jeffrey A. Deines